# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

CHARLOTTE BRIGHTWELL, Personal Representative
of the Estate of BILLY N. BRIGHTWELL, Deceased     PLAINTIFF

VS.     CASE NO. CV 06-2019

MARA TRANSPORT, INC. and
J. ROBERT UMFLEET     DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

Comes the Court, and upon representation of the parties, hereby finds that this cause has been fully and finally concluded as a compromised settlement and that there remains no areas of dispute between the parties.

**IT IS, THEREFORE, CONSIDERED, ORDERED AND ADJUDGED** that the Complaint of the Plaintiff, Charlotte Brightwell, Personal Representative of the Estate of Billy N. Brightwell, Deceased, against the Defendants, Mara Transport, Inc. and J. Robert Umfleet, be and the same is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

_____
HONORABLE ROBERT T. DAWSON
U.S. DISTRICT JUDGE - FORT SMITH DIVISION

August 11, 2006
DATE

This Instrument Prepared by:
Sandy Huckabee, #88113
HUCKABEE LAW FIRM
P. O. Box 1323
Cabot, AR 72023
501-941-5500

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

AUG 1 1 2006

CHRIS R. JOHNSON, CLERK

BY _____ DEPUTY CLERK